THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JERRY LEE KEISTER, Defendant-Appellant.

(No. 73-65; )

Second District—August 6, 1974.

Opinion by Mr. PRESIDING JUSTICE T. MORAN.

Ralph Ruebner and Adam Lutynski, both of the State Appellate Defender's Office, of Elgin, for appellant.

F. Lawrence Lenz, State's Attorney, of Freeport (James W. Jerz, of Model District State's Attorneys Office, of counsel), for the People.